IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20-cv-00243-DSC

| | |
|---|---|
| ANTHONY LITTLE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER |
| ANDREW M. SAUL, ) | |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER is before the Court on Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 15].

For the reasons stated in Plaintiff's Motion,

IT IS ORDERED that Plaintiff's Motion to Dismiss [Doc. 15] is GRANTED, and this civil action is hereby DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SO ORDERED.

Signed: June 1, 2021

David S. Cayer
United States Magistrate Judge